B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bay Area Financial Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**95-2299005** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12400 Wilshire Boulevard**<br>**Suite 350**<br>**Los Angeles, CA**    ZIP Code **90025** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bay Area Financial Corporation** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  **X** _____  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bay Area Financial Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Sandford L. Frey**_____
Signature of Attorney for Debtor(s)

**Sandford L. Frey 117058**_____
Printed Name of Attorney for Debtor(s)

**Creim Macias Koenig & Frey LLP**_____
Firm Name

**633 W. Fifth Street, 51st Floor**
**Los Angeles, CA 90071**
_____
Address

**(213) 614-1944  Fax: (213) 614-1961**_____
Telephone Number

**December  9, 2013          117058**_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kenneth J. Pingree, Jr.**_____
Signature of Authorized Individual

**Kenneth J. Pingree, Jr.**_____
Printed Name of Authorized Individual

**President**_____
Title of Authorized Individual

**December  9, 2013**_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Bay Area Financial Corporation**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alfred or Winifred Wilkes**<br>**The Wilkes Family Trust**<br>**1212 Linda Flora Dr**<br>**Los Angeles, CA 90049** | **Alfred or Winifred Wilkes**<br>**The Wilkes Family Trust**<br>**1212 Linda Flora Dr**<br>**Los Angeles, CA 90049** | **Commercial Paper** | | **292,407.87** |
| **Arthur and Grace Beavens**<br>**TTEES**<br>**612 15th St**<br>**Manhattan Beach, CA 90266** | **Arthur and Grace Beavens TTEES**<br>**612 15th St**<br>**Manhattan Beach, CA 90266** | **Commercial Paper** | | **835,301.59** |
| **Arthur DeFever Trustee**<br>**c/o Donald S DeFever**<br>**114 Del Carlo Ct**<br>**Los Gatos, CA 95032** | **Arthur DeFever Trustee**<br>**c/o Donald S DeFever**<br>**114 Del Carlo Ct**<br>**Los Gatos, CA 95032** | **Commercial Paper** | | **516,157.72** |
| **Barbara Bidwell Hillman**<br>**TTEE**<br>**13545 Lucca Dr**<br>**Pacific Palisades, CA 90272** | **Barbara Bidwell Hillman TTEE**<br>**13545 Lucca Dr**<br>**Pacific Palisades, CA 90272** | **Commercial Paper** | | **478,056.50** |
| **Dice 1992 Trust**<br>**215 Avocado Pl**<br>**Camarillo, CA 93010** | **Dice 1992 Trust**<br>**215 Avocado Pl**<br>**Camarillo, CA 93010** | **Commercial Paper** | | **244,255.86** |
| **J Mace Thompson**<br>**25 Montowese Dr**<br>**Meriden, CT 06450** | **J Mace Thompson**<br>**25 Montowese Dr**<br>**Meriden, CT 06450** | **Commercial Paper** | | **364,935.56** |
| **James Prause Trust**<br>**67 Bell Canyon**<br>**Trabuco Canyon, CA 92679** | **James Prause Trust**<br>**67 Bell Canyon**<br>**Trabuco Canyon, CA 92679** | **Commercial Paper** | | **277,601.55** |
| **Jan O SimisTrust**<br>**400 W Ventura Blvd # 100**<br>**Camarillo, CA 93010** | **Jan O SimisTrust**<br>**400 W Ventura Blvd # 100**<br>**Camarillo, CA 93010** | **Commercial Paper** | | **230,262.67** |
| **Juliana Westervelt**<br>**5422 Heron Bay**<br>**Long Beach, CA 90803** | **Juliana Westervelt**<br>**5422 Heron Bay**<br>**Long Beach, CA 90803** | **Commercial Paper** | | **1,411,877.14** |
| **Kravitsky Family Trust**<br>**11323 Stevens Ave**<br>**Culver City, CA 90230** | **Kravitsky Family Trust**<br>**11323 Stevens Ave**<br>**Culver City, CA 90230** | **Commercial Paper** | | **370,443.70** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Bay Area Financial Corporation**                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Larry and Linda Sacks TTEES 4702 Park Encino Ln # 325 Encino, CA 91436 | Larry and Linda Sacks TTEES 4702 Park Encino Ln # 325 Encino, CA 91436 | Commercial Paper | | 500,000.00 |
| Lyn S Nelson TTEE PO Box 676227 Rancho Santa Fe, CA 92067 | Lyn S Nelson TTEE PO Box 676227 Rancho Santa Fe, CA 92067 | Commercial Paper | | 701,429.98 |
| Marcel or Joanne George TTEES 630 Tiger Tail Rd Los Angeles, CA 90049 | Marcel or Joanne George TTEES 630 Tiger Tail Rd Los Angeles, CA 90049 | Commercial Paper | | 546,723.60 |
| Marilyn or Robert Hinds et al 12574 Preston Way Los Angeles, CA 90066 | Marilyn or Robert Hinds et al 12574 Preston Way Los Angeles, CA 90066 | Commercial Paper | | 275,532.00 |
| Pingree Family Trust 9471 Brewer Way Villa Park, CA 92861 | Pingree Family Trust 9471 Brewer Way Villa Park, CA 92861 | Commercial Paper | | 272,140.23 |
| Robert Hillman Jr 371 Elsie St San Francisco, CA 94110 | Robert Hillman Jr 371 Elsie St San Francisco, CA 94110 | Commercial Paper | | 261,341.92 |
| Stephanie L Dillon as Trustee Separate Property Trust PO Box 765 Jamul, CA 91935 | Stephanie L Dillon as Trustee Separate Property Trust PO Box 765 Jamul, CA 91935 | Commercial Paper | | 1,249,206.97 |
| Todd Fiorentino Trustee 24006 Canvasback Cr Laguna Niguel, CA 92677 | Todd Fiorentino Trustee 24006 Canvasback Cr Laguna Niguel, CA 92677 | Commercial Paper | | 1,249,206.97 |
| Wayne H Madsen 625 Killdale Ct Simi Valley, CA 93065 | Wayne H Madsen 625 Killdale Ct Simi Valley, CA 93065 | Commercial Paper | | 213,586.23 |
| William H Malkmus Rev Trust 1337 San Luis Ave Oakland, CA 94602 | William H Malkmus Rev Trust 1337 San Luis Ave Oakland, CA 94602 | Commercial Paper | | 1,375,893.52 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Bay Area Financial Corporation**                                        Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 9, 2013**_____        Signature  **/s/ Kenneth J. Pingree, Jr.**_____
                                                                      **Kenneth J. Pingree, Jr.**
                                                                      **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Bay Area Financial Corporation
12400 Wilshire Boulevard
Suite 350
Los Angeles, CA 90025


Sandford L. Frey
Creim Macias Koenig & Frey LLP
633 W. Fifth Street, 51st Floor
Los Angeles, CA 90071


Office of the US Trustee
725 S Figueroa St Ste 2600
Los Angeles, CA 90017

Alfred or Winifred Wilkes
The Wilkes Family Trust
1212 Linda Flora Dr
Los Angeles, CA 90049


Allen Brodetsky Trustee
1701 Marion Dr
Glendale, CA 91205


Amber Ireland
PO Box 623
Venice, CA 90294


Angel and Grace V Gonzalez TTEE
731 Iliff St
Pacific Palisades, CA 90272


Ann Hagihara Miks
11043 Westwood Blvd
Culver City, CA 90230


Anthony A and Helen J Demetriou TTE
12251 Gorham Ave
Los Angeles, CA 90049


Anthony Sugano Jr
2441 33rd St
Santa Monica, CA 90405


Arlette R Hobbs
1047 12th St # 6
Santa Monica, CA 90403


Arthur and Grace Beavens TTEES
612 15th St
Manhattan Beach, CA 90266


Arthur DeFever Trustee
c/o Donald S DeFever
114 Del Carlo Ct
Los Gatos, CA 95032

Barbara Bidwell Hillman TTEE
13545 Lucca Dr
Pacific Palisades, CA 90272


Barbara D Topping Trustee
975 W Telegraph R C75
Santa Paula, CA 93060


Beavens Systems Inc
2200 Pacific Coast Hwy Ste 307
Hermosa Beach, CA 90254


Beth or Philip Grunland
3971 Wild Sage Ct
Westlake Village, CA 91362


Betty D Cockerill Trustee
2041 S Mesa Palms Dr # K-2
Saint George, UT 84770


Big Bear Cabin a Calif Gen Ptnrshp
400 W Ventura Blvd # 100
Camarillo, CA 93010


C Douglas Off
400 W Ventura Blvd # 100
Camarillo, CA 93010


C Thomas Otero or
Melissa Farnsworth
3249 Tareco Dr
Los Angeles, CA 90068


Candace Pingree
4207 Parral Pl
Sherman Oaks, CA 91403


Carol A George
630 Tigertail Rd
Los Angeles, CA 90049

Chizuko or James Y Kato
614 4th St
Santa Monica, CA 90402

Chris Rolin Family Trust
3672 Twin Lake Ridge
Westlake Village, CA 91361

County of San Luis Obispo
Auditor Controller Treasurer Tax Co
1055 Monterey St Rm D290
San Luis Obispo, CA 93408

Cynthia Lea Adkins
505 N Sepulveda Blvd # 10
Manhattan Beach, CA 90266

Dale J and Phyllis M Buteyn TTEES
80550 Camino San Lucas
Indio, CA 92203

Dale S and Patricia E Spence
3224 Casino Dr
Thousand Oaks, CA 91362

Daniel H or Chizuko Kato
614 4th St
Santa Monica, CA 90402

David A Ziskrout TTEE
1506 Corono Dr
Glendale, CA 91205

David C and Melanie K Edward TTEES
2473 Roscomare Rd
Los Angeles, CA 90077

Dean Rouiller TTEE
Kristin Blackburn Irrevocable Trust
6473 Seaport Pl
Carlsbad, CA 92011

Deborah M or Peter S Sinding
for Brenna Elizabeth Sinding
PO Box 994
Malibu, CA 90265


Deborah M or Peter S Sinding
for Spencer Arnet Sinding
PO Box 994
Malibu, CA 90265


Diana C Edward 2003 Revocable
Living Trust
11246 Cashmere St
Los Angeles, CA 90049


Dice 1992 Trust
215 Avocado Pl
Camarillo, CA 93010


Donald E Sr and Gisele Orington
312 West Plymouth St
Inglewood, CA 90302


Dorinne H or Dennis L Graves
1465 Greenridge Dr
Beverly Hills, CA 90210


Dorothy C Helton Trustee
21981 Bacalar
Mission Viejo, CA 92691


Edward Jones or Jenny Cooke
10250 NW 110th Ave
Portland, OR 97231


Elaine or Elizabeth Motamedi
851 Mac Arthur Ave # C
San Francisco, CA 94129

Elizabeth Bennett
21905 Corte Madera Ln
Cupertino, CA 95014


Elizabeth P Kheriaty
or Elaine Motamedi
24216 SE 40th Place
Issaquah, WA 98029


Emil Halimi
5690 Rickenbacker Rd
Bell Gardens, CA 90201


Emily Pritchett Bidwell TTEE
194 Butler St Apt 2
Brooklyn, NY 11217


Employment Development Dept
5401 S Crenshaw Blvd Ste A
Los Angeles, CA 90043


Enid Rodriguez or Karen Greenfield
3732 Mentone Ave # 7
Los Angeles, CA 90034


Eric D Schwab or Jennifer McGaughey
946 Fiske St
Pacific Palisades, CA 90272


Eric or Kathleen S Beckerman
8336 Creighton Ave
Los Angeles, CA 90045


Erica or Isamu Ogihara
1515 Amherst Ave # 201
Los Angeles, CA 90025


Eunice or Robert Teague
7888 Grier Ave
Oroville, CA 95966

Faranak Halimi
807 N Rodeo Dr
Beverly Hills, CA 90210


First United Methodist Church
1008 11th St
Santa Monica, CA 90403


Franchise Tax Board
Attn Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952


Frandson Family Trust
13830 Chandler Blvd
Sherman Oaks, CA 91401


Gail Sefl
65 Norwood St
Redlands, CA 92373


Gary Neil and Lisa Levenstein TTEES
3559 Royal Woods Dr
Sherman Oaks, CA 91403


George and Sandra Froley Comm Prop
2006 Palisades Dr
Pacific Palisades, CA 90272


George or Hiroko Nakshima
1824 S Barrington Ave
Los Angeles, CA 90025


Gregory B or Brenda Argano
2200 Pacific Coast Hwy # 307
Hermosa Beach, CA 90254


Gregory S or Carolyn P Adkins
908 Gemstone Dr
Lancaster, PA 17601

Guy C and Doris J McCloskey
1720 Michigan Ave PH 3303
Chicago, IL 60616


H G & H Properties
431 W Newburgh St
Glendora, CA 91740


Hiroshi Roy Nakatani
15312 S Normandie Ave # 107
Gardena, CA 90247


Hyrum Wes Pingree IV
9471 Brewer Way
Villa Park, CA 92861


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


International Committee of Artists
for Peace
201 Ocean Ave # 1708P
Santa Monica, CA 90402


Ira B Katz Esq
Gershuni & Katz
1901 Ave of the Stars Ste 300
Los Angeles, CA 90067


J Mace Thompson
25 Montowese Dr
Meriden, CT 06450


Jacqueline Morgen
13162 Boca De Canon Ln
Los Angeles, CA 90049


James Prause Trust
67 Bell Canyon
Trabuco Canyon, CA 92679

James R Cutler & Kristin J Seibt
TTEE Cutler Family Suvivors Trust
1915 Suva Cr
Costa Mesa, CA 92626


Jan O SimisTrust
400 W Ventura Blvd # 100
Camarillo, CA 93010


Jee Young Choung
12773 Caswell Ave # 204
Los Angeles, CA 90066


John A or Kami L Miller
2355 Gillingham Cr
Thousand Oaks, CA 91362


John G and Renate M Kenaston TTEES
732 4th Ave
San Francisco, CA 94118


John Hadley III
9350 Highway 116
Forestville, CA 95436


Joseph D or Kathy P Hough et al
PO Box 508
Fawnskin, CA 92333


Joseph L or Noel D'Angelo
658 Warwick Ave
Thousand Oaks, CA 91360


Joyce C Sacks
1353 Eggert Rd
Amherst, NY 14226


Juliana Sugano
2441 33rd St
Santa Monica, CA 90405

Juliana Westervelt
5422 Heron Bay
Long Beach, CA 90803


Kathy Leitch
28537 Conejo View Dr
Agoura, CA 91301


Kato Family Trust
12040 Hammock
Culver City, CA 90230


Keith and Dawn Blackburn TTEES
6473 Seaport Pl
Carlsbad, CA 92011


Kelly or David Griffin
31940 Foxmoor Ct
Westlake Village, CA 91361


Kenneth and Patricia Pingree
1834 Old Orchard Rd
Los Angeles, CA 90049


Kenneth J & Patricia A Pingree TTEE
1834 Old Orchard Rd
Los Angeles, CA 90049


Kovacevich Community Trust
3033 Dumas St
San Diego, CA 92106


Kravitsky Family Trust
11323 Stevens Ave
Culver City, CA 90230


Kristina Reed
3003 Angus St
Los Angeles, CA 90039

Kurt K Motamedi Phd
PO Box 11299
Marina Del Rey, CA 90295


Kurt K or Elaine Motamedi et al
PO Box 11299
Marina Del Rey, CA 90295


LA City Office of Finance
200 N Spring St Rm 101
Los Angeles, CA 90012


Larry and Linda Sacks TTEES
4702 Park Encino Ln # 325
Encino, CA 91436


Larry P or Monica E Knight
PO Box 1212
Bonsall, CA 92003


Larry P or Monica E L Knight
PO Box 1212
Bonsall, CA 92003


Lauren A Adkins
908 Gemston Dr
Lancaster, PA 17601


Laverne C Glover Trustee
3969 Weeping Willow Dr
Moorpark, CA 93021


Lawrence or Diane Brahams
7323 Alverstone Ave
Los Angeles, CA 90045


Lewis or Betty Jensen
1830 Dewayne
Camarillo, CA 93010

Linda S Laxson
16012 Los Alimos St
Granada Hills, CA 91344


Lowell M Morgen
13162 Boca de Canon
Los Angeles, CA 90049


Lyn S Nelson TTEE
PO Box 676227
Rancho Santa Fe, CA 92067


Makoto M Takano
11841 Juniette St
Culver City, CA 90230


Marcel or Joanne George TTEES
630 Tiger Tail Rd
Los Angeles, CA 90049


Margaret Zeller
9217 E Otto St
Downey, CA 90240


Marilyn or Robert Hinds et al
12574 Preston Way
Los Angeles, CA 90066


Mary A McDonald
240 France Cr
Ojai, CA 93023


Mary Alice Adkins
320 Woodstone Dr
Marietta, GA 30068


Mary Ann Froley
150 San Leandro Pl
Santa Barbara, CA 93108

Mary B or Oscar Pallares
314 Cumberland Rd
Glendale, CA 91202


Marybeth Adkins
PO Box 3861
San Rafael, CA 94912


Melissa or Richard Farnsworth
3429 Tareco Dr
Los Angeles, CA 90068


Michael and Stephen Vallens
Co-Trustees of Bernice Seeley Trust
13826 Friar St
Van Nuys, CA 91401


Moslenko Trust
9710 Dufferin Ave
Riverside, CA 92503


Nichole Garcia
7116 Beltis Dr
Modesto, CA 95356


Nicole Paige Pingree
9471 Brewer Way
Villa Park, CA 92861


Oak of California
Attn Doug Off
400 W Ventura Blvd # 100
Camarillo, CA 93010


Ojai Oil Company
400 W Ventura Blvd # 100
Camarillo, CA 93010


Ojai Oil Company SM & O
400 W Ventura Blvd # 100
Camarillo, CA 93010

Patricia A Pingree
1834 Old Orchard Rd
Los Angeles, CA 90049


Paul Westfall Adkins
c/o Stephen Paul Adkins
320 Woodstone Dr
Marietta, GA 30068


Philip J Carnevale Jr
2914 Arizona Ave # 5
Santa Monica, CA 90404


Pingree Family Trust
9471 Brewer Way
Villa Park, CA 92861


Raymond R or Joan M Kasparian
6047 W 78th St
Los Angeles, CA 90045


Raymond Rubenstein Trust
PO Box 9554
North Hollywood, CA 91609


Residential Credit Solutions
PO Box 163349
Fort Worth, TX 76161-3349


Richard Brunette Esq
Sheppard Mullin
333 S Hope St 43rd Fl
Los Angeles, CA 90071


Richard Lasater Esq
Foley & Lardner
555 S Flower St Ste 3500
Los Angeles, CA 90071

Richard or Grace Dickman Trust
12400 Ventura Blvd # 509
Studio City, CA 91604


Richard or Melissa Farnsworth
3249 Tareco Dr
Hollywood, CA 90068


Richard T or Addie Dawson TTEES
4501-25 W Channel Islands Blvd
Oxnard, CA 93035


Robert Hillman Jr
371 Elsie St
San Francisco, CA 94110


Robert or Barbara Travali et al
160 Stonebrook St
Simi Valley, CA 93065


Robert R or Christine S Fontana
3117 Brookside Ln
Encinitas, CA 92024


Robert T Henszey Trust
3790 Cashill Rd
Reno, NV 89509


Roberta or Meredith Mitchell
114 Shasta Cove
Georgetown, TX 78628


Rolin Family Partnership
3672 Twin Lake Ridge
Westlake Village, CA 91361


Sandra Peddie
PO Box 882978
Steamboat Springs, CO 80488

Sandy Voltz-Ludwig Trustee
3610 Alta Mesa Dr
Studio City, CA 91604


Sarah E Bennett
21905 Corte Madera Ln
Cupertino, CA 95014


Schones Family Partnership
1674 N Doheny Dr
Los Angeles, CA 90069


Securities Exchange Commission
5670 Wilshire Blvd 11th Fl
Los Angeles, CA 90036


Sidney Copilow or Rebecca Luzader
888 Timberlake Dr
Ashland, OR 97520


Stanley and Ann Miks
11043 Westwood Blvd
Culver City, CA 90230


Stanley M Miks
11043 Westood Blvd
Culver City, CA 90230


Stephanie L Dillon as Trustee
Separate Property Trust
PO Box 765
Jamul, CA 91935


Stephen J and Barbara D Topping
975 W Telegraph Rd C75
Santa Paula, CA 93060


Susan C DeBuiser
2174 Flintridge Ct
Thousand Oaks, CA 91362

Susan F Niven or Allison M Speer
395 S Carmelina Ave
Los Angeles, CA 90049


Susan S Raisin
4126 Woodman Ave
Sherman Oaks, CA 91423


Teresa K Breman Esq
10250 Constellation Blvd Ste 2320
Los Angeles, CA 90067


The Blackburn Foundation
6473 Seaport Pl
Carlsbad, CA 92011


The Bongirno Family Trust
54-195 Shoal Creek
La Quinta, CA 92253-4770


The Gary & Robin Griffin
Family Trust
31341 Andres Pico Rd
San Juan Capistrano, CA 92675


Thomas R. Huggins
752 Westholme Ave
Los Angeles, CA 90024


Tim Krantz
4 Deer Spring
Irvine, CA 92604


Todd Fiorentino Trustee
24006 Canvasback Cr
Laguna Niguel, CA 92677


Tony Sugano
2441 33rd St
Santa Monica, CA 90405

Valeta Cordley Brinck-Lund
and Brian Allen
5961 Lindenhurst Ave
Los Angeles, CA 90036


Verna M John W Voght
4351 Motor Ave
Culver City, CA 90232


Vincent J Lombardo
757 Via de la Paz
Pacific Palisades, CA 90272


Vincent McCloskey or Cristina Sosa
1500 Bedford Ave Unit 2-E
Brooklyn, NY 11216


Wayne H Madsen
625 Killdale Ct
Simi Valley, CA 93065


William and Elizabeth Hadley TTEES
113 Patterson Blvd
Pleasant Hill, CA 94523


William H Malkmus Rev Trust
1337 San Luis Ave
Oakland, CA 94602


Wilson J Posey
24912 Del Monte St
Laguna Hills, CA 92653


Yoshikawa Trust Dated March 9 1992
201 Ocean Ave Unit 1708P
Santa Monica, CA 90402


Zeta Beta of Alph Tau Omega
924 Westwood Blvd # 550
Los Angeles, CA 90024