SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD W. BRUNETTE, Cal. Bar No. 81621
rbrunette@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for Creditors
Larry Sacks and Linda Sacks (as Trustees)

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

BAY AREA FINANCIAL CORPORATION,

Debtor and Debtor in Possession.

Case No. 2:13-bk-38974-TD

Chapter 11

**STATEMENT OF POSITION OF CREDITORS LARRY SACKS AND LINDA SACKS (AS TRUSTEES) TO EMERGENCY MOTION (1) APPROVING McCAULEY PAYOFF; AND (2) ESTABLISHING PROCEDURES FOR COMPROMISES**

<u>Hearing</u>

Date: December 11, 2013
Time: 10:00 a.m.
Ctrm: 1345
       255 East Temple Street
       Los Angeles, CA 90012

SMRH:414519321.1                    -1-

Creditors Larry and Linda Sacks, in their capacity as trustees of the Sacks Family Trust ("Sacks Trust"), respectfully submit this Statement of Position in response to the Debtor's Emergency Motion ("Motion") for Approval of Compromise and Establishing Procedures for Compromises.

## I.
## NO OBJECTION TO McCAULEY COMPROMISE

The Sacks Trust does not object to the proposed compromise of the promissory note of Michael C. McCauley. The declarations supporting the Motion appear to reflect the exercise of the Debtor's reasonable business judgment.

## II.
## FUTURE COMPROMISES SHOULD AT LEAST REQUIRE SOME "NEGATIVE NOTICE" TO THE CREDITORS COMMITTEE TO REVIEW THE BASIS FOR THE COMPROMISE

Debtor seeks authority to write off up to 20% of principal and interest, and to reduce interest rates by up to 4%, with no creditor oversight. There will be a creditors committee in this case, and one duty of the committee will be to provide guidance and advice as to compromises that may materially reduce loan balances.

The Sacks Trust submits that, at a minimum, the Debtors should give the committee five (5) business days' notice of a proposed compromise, supported by information supporting the compromise. Such information might include the relevant loan history, property valuation information, and any narrative supporting the Debtor's business judgment. If the committee or U.S. Trustee does not object, then the Debtor could proceed

1  to consummate the arrangement.  The objective would not be to increase costs or cause
2  delays, but to allow the committee to perform its duty of oversight.

4       Alternatively, the Debtor's emergency request for blanket authority should be
5  deferred until a committee is appointed.  The committee and Debtor likely could agree to a
6  different approach, so long as it satisfies the committee's duties to other creditors.

8  Dated:  December 10, 2013

     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Richard W. Brunette*
     RICHARD W. BRUNETTE

Attorneys for Creditors
Larry Sacks and Linda Sacks (as Trustees)

SMRH:414519321.1      -3-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422**

A true and correct copy of the foregoing document entitled (*specify*): **STATEMENT OF POSITION OF CREDITORS LARRY SACKS AND LINDA SACKS (AS TRUSTEES) TO EMERGENCY MOTION (1) APPROVING McCAULEY PAYOFF; AND (2) ESTABLISHING PROCEDURES FOR COMPROMISES**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 10, 2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com
- **Sandford Frey**   Sfrey@cmkllp.com
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Richard W Brunette**   rbrunette@sheppardmullin.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 10, 2013**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Debtor**
Bay Area Financial Corporation
12400 Wilshire Blvd, Ste 230
Los Angeles, CA 90025

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                               **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **December 10, 2013**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**
U.S. Bankruptcy Court **(By Overnight Mail)**
Hon. Thomas Donovan
255 E. Temple Street
Los Angeles, CA 90012

Kim R. Gundlach **(By Email)**
kgundlach@cmkllp.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 10, 2013 | Virginia La Monica | /s/ Virginia La Monica |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**