| | |
|---|---|
| 1 | PETER C. ANDERSON |
| | UNITED STATES TRUSTEE |
| 2 | JILL M. STURTEVANT, State Bar No. 089395 |
| | ASSISTANT UNITED STATES TRUSTEE |
| 3 | QUEENIE K. NG, State Bar No. 223803 |
| | TRIAL ATTORNEY |
| 4 | OFFICE OF THE UNITED STATES TRUSTEE |
| | 725 South Figueroa Street, Suite 2600 |
| 5 | Los Angeles, California 90017-5418 |
| | (213) 894-4356 telephone |
| 6 | (213) 894-2603 facsimile |
| | Email: queenie.k.ng@usdoj.gov |
| 7 | |

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re:

**BAY AREA FINANCIAL CORPORATION,**

Debtor.

Case No.: 2:13-bk-38974 TD

Chapter 11

**NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

[No Hearing Required]

Pursuant to 11 U.S.C. § 1102(a), the undersigned hereby appoints the following five (5) creditors to serve on the Committee of Creditors holding unsecured claims:

**SEE EXHIBIT A ATTACHED**

DATED: January 7, 2014

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: JILL M. STURTEVANT
Assistant United States Trustee

- 1 -

# EXHIBIT A

**In re Bay Area Financial Corporation, Case No. 2:13-bk-38974 TD**

Juliana Westervelt
5422 Heron Bay
Long Beach, CA 90803
Telephone No.: (562) 243-1286

James Malkmus, Trustee
WILLIAM H. MALKMUS REVOCABLE TRUST
1545 Viking Way
Solvang, CA 93463
Telephone No.: (805) 252-5667

Todd Fiorentino, Trustee
VALERIE CANTWELL LIFE INSURANCE TRUST dated 2/3/2011
24006 Convasback Circle
Laguna Niguel, CA 92677
Telephone No.: (262) 306-8646
Facsimile No.: (262) 353-3352

Arthur M. Beavens and Grace Beavens, Trustee
BEAVENS LIVING TRUST dated 8/21/1991
612 15th Street
Manhattan Beach, CA 90266
Telephone No.: (310) 466-1974

Mary Kravitsky, Trustee
KRAVITSKY FAMILY TRUST
11323 Stevens Ave.,
Culver City, CA 90230
Telephone No.: (310) 745-8745

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574

A true and correct copy of the foregoing document entitled (*specify*):

## NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **Jan. 8, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) **Jan. 8, 2014**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **Jan. 8, 2014**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Jan. 8, 2014 | Stephanie Hill | /s/ Stephanie Hill |
|---|---|---|
| Date | Print Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Sandford Frey | Debtor's Attorney | sfrey@cmkllp.com |
| Stuart Koenig | Debtor's Attorney | skoenig@cmkllp.com |
| Marta Wade | Debtor's Attorney | mwade@cmkllp.com |
| Biggs & Co | Accountant | lnuzzi@biggsco.com |
| Christopher Blank | | clblank@pacbell.net |
| James Basitan, Jr. | | jbastian@shbllp.com |
| Michael Jay Berger | | Michael.berger@bankruptcypower.com |
| Mary Lane | | mal@msk.com |
| Daren Schlecter | | daren@schlecterlaw.com |
| Leslie Gold | Carol Geroge | LGold@gershunikatz.com |
| Ira Katz | | IKatz@gershunikatz.com |
| Richard Brunette | Larry and Linda Sacks | rbrunette@sheppardmullin.com |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

Debtor:
**Bay Area Financial Corporation**
12400 Wilshire Blvd, Suite 350
Los Angeles, CA 90025

CREDITOR'S COMMITTEE
Juliana Westervelt
5422 Heron Bay
Long Beach, CA 90803

James Malkmus, Trustee
WILLIAM H. MALKMUS REVOCABLE TRUST
1545 Viking Way
Solvang, CA 93463

Todd Fiorentino, Trustee
VALERIE CANTWELL LIFE INSURANCE TRUST dated 2/3/2011
24006 Convasback Circle
Laguna Niguel, CA 92677

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Arthur M. Beavens and Grace Beavens, Trustee
BEAVENS LIVING TRUST dated 8/21/1991
612 15th Street
Manhattan Beach, CA 90266

Mary Kravitsky, Trustee
KRAVITSKY FAMILY TRUST
11323 Stevens Ave.,
Culver City, CA 90230

3. **SERVED BY (state method for each person served):**

**FEDERAL EXPRESS OVERNIGHT MAIL**

Judge's Copy

Honorable Thomas B. Donovan
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA 90012
Attn: Mail Room Clerk-Judges Copies

**PERSONAL DELIVERY, FACSIMILE OR EMAIL**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**